UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------------X

Various Plaintiffs                                           Index No. MDL 875

Against                                                      **CONSENT TO CHANGE ATTORNEY**

Various Defendants
-----------------------------------------------------------------X

FILED
JUN 02 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

    IT IS HEREBY CONSENTED THAT Weitz & Luxenberg, P.C. of 180 Maiden Lane, 17th Floor, New York, NY 10038 will be substituted as attorneys of record for the plaintiffs on the attached list by Edward Moody, P.A.

Dated: September 26, 2007

_____
Outgoing Counsel
Arthur Luxenberg, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038
(212) 558-5500

_____
Incoming Counsel
Edward Moody, Esq.
Edward Moody, P.A.
801 West Fourth Street
Little Rock, AR 72201
(501) 376-0000

So Ordered

James T. Giles J.
4/23/2008

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
------------------------------------------------------------X

Various Plaintiffs

Index No. MDL 875

Against

**CONSENT TO CHANGE ATTORNEY**

Various Defendants

------------------------------------------------------------X

IT IS HEREBY CONSENTED THAT Weitz & Luxenberg, P.C. of 180 Maiden Lane, 17th Floor, New York, NY 10038 will be substituted as attorneys of record for the plaintiffs on the attached list by Edward Moody, P.A.

Dated: September 26, 2007

_____
Outgoing Counsel
Arthur Luxenberg, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038
(212) 558-5500

_____
Incoming Counsel
Edward Moody, Esq.
Edward Moody, P.A.
801 West Fourth Street
Little Rock, AR 72201
(501) 376-0000